**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Daniel RAMOS, Defendant–Appellant.**

**No. 13–40726**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 17, 2015.

Paula Camille Offenhauser, Assistant U.S. Attorney, Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

John Riley Friesell, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

STEPHEN A. HIGGINSON, Circuit Judge: *

Daniel Ramos appeals the six-month term of imprisonment that the district

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

court imposed upon revocation of his term of probation following his conviction for aiding and abetting the unlawful transportation of an unlawful alien. He argues that the district court committed reversible plain error by failing to adequately consider the applicable guidelines range and failing to consider the relevant sentencing factors in 18 U.S.C. § 3553(a). The Government argues that the appeal is moot.

Because Ramos has completed the six-month term of imprisonment, has no further term of supervised release, and has no payments to make, this court is unable to grant him any relief on his sentence. Thus, his sentencing appeal is moot. *See United States v. Rosenbaum–Alanis,* 483 F.3d 381, 383 (5th Cir.2007). The appeal is therefore DISMISSED as moot.